December 03, 2010

Mr. Stephan B. Rogers
Rogers & Moore
309 Water Street, Suite 114
Boerne, TX 78006

Honorable John H. Fostel
271st District Court Judge
P. O. Box 805
Decatur, TX 76234
Mr. Steven W. Thornton
McCorkle Westerburg & Thornton, PC.
6060 N. Central Expressway, Suite 690
Dallas, TX 75206

Mr. Robert W. Loree
Loree, Hernandez & Lipscomb, PLLC
14607 San Pedro, Suite 125
San Antonio, TX 78232

RE: Case Number: 09-0432, 09-0433
 Court of Appeals Number: 02-08-00336-CV, 02-08-00342-CV
 Trial Court Number: 07-06-435, 07-06-429

Style: IN RE OLSHAN FOUNDATION REPAIR COMPANY, LLC AND OLSHAN
 FOUNDATION REPAIR COMPANY OF DALLAS, LTD.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Cristy Fuqua |
| |Ms. Stephanie |
| |Robinson |